**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1549**

---

ROBERT E. MEADE,

Plaintiff - Appellant,

versus

GAIL SCHAFFER, Judge; JUDITH DUCKETT, Judge;
NANCY PHELPS; THE ORPHANS' COURT OF MARYLAND
FOR ANNE ARUNDEL COUNTY,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-02-
1451-MJG)

---

Submitted: July 18, 2002          Decided: July 23, 2002

---

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Robert E. Meade, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert E. Meade appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Meade v. Schaffer, No. CA-02-1451-MJG (D. Md. Apr. 25, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED